THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOMPORN SYTHANDONE,                    )   No. CV26-01963-DGE
                                       )
                  Petitioner,          )
                                       )
          v.                           )   ORDER GRANTING UNOPPOSED
                                       )   DISMISSAL WITHOUT PREJUDICE
TODD BLANCHE, et al.,                  )
                                       )
                  Respondents.         )
                                       )

THE COURT has considered Petitioner Somporn Sythandone's unopposed motion to withdraw (Dkt. No. 14) his petition for writ of habeas corpus (Dkt. No. 6)

Based on the Petitioner's motion and the balance of the record, the Court ORDERS the above-captioned matter DISMISSED without prejudice.

Dated this 26th day of June, 2026.

David G. Estudillo
United States District Judge

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Somporn Sythandone

ORDER GRANTING UNOPPOSED DISMISSAL
WITHOUT PREJUDICE
(*Sythandone v. Blanche, et al.*, CV26-01963-DGE) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**